BEFORE THE FIRST DIVISION, MAY 29, 1941

**No. 45973.**—Protests 983204–G, etc., of Geo. Borgfeldt Corp. et al. (Los Angeles, etc.).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45974.**—Protests 34194–K, etc., of Louis Wolf & Co., Inc., et al. (Baltimore, etc.).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45975.**—Protest 989659–G of W. X. Huber Co. (Los Angeles).

Opinion by WALKER, J. It was stipulated that the merchandise consists of feathers for use as millinery ornaments similar to those the subject of Abstract 44456. The claim at 40 percent under paragraph 1518 and the French Trade Agreement was therefore sustained.

**No. 45976.**—Protest 53564–K of Henri Bendel, Inc. (New York).

Opinion by WALKER, J. In accordance with stipulation of counsel and on the authority of *Bendel* v. *United States* (5 Cust. Ct. 224, C. D. 404) the claim at 20 percent under paragraph 1530 (e) was sustained.

**No. 45977.**—Protests 972892–G, etc., of Balfour Guthrie & Co., Ltd. (New York).

Opinion by WALKER, J. On the records presented the protests were overruled.

**No. 45978.**—Protests 11441–K, etc., of Associated Merchandising Corp. et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JUNE 3, 1941

**No. 45979.**—Protests 40301–G, etc., of L. & R. Organic Products Co. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Sandoz* (14 Ct. Cust. App¹s. 21, T. D. 41542) it was held that duty should have been assessed only on the actual weight of the merchandise at the time of importation as claimed.